RECP #151040
CK# 303
FILED
2010 SEP 29 PM 12: 52
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND OF OHIO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 06-14640 |
| | ) | |
| Timothy B. Brown | ) | Chapter 7 |
| Delcenia M. Brown | ) | |
| Debtors | ) | Judge Morgenstern-Clarren |

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 303 in the amount of $1,243.23, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| **Timothy B. Brown** <br> **Delcenia M. Brown** <br> **14617 Brunswick Avenue** <br> **Maple Heightsa, Ohio 44137** | | | |
| **Timothy B. Brown** <br> **Delcenia M. Brown** <br> **5121 Anthony Street** <br> **Maple Hts., Ohio 44137** | | $1,243.23 | $1,243.23 |

Dated: September 24, 2010

/s/ Sheldon Stein
Sheldon Stein, Trustee

cc: United States Truste